IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED

AUG - 8 2008

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

JUDEA CASTEL, *et al.*,

        Plaintiffs,

v.                                  Civil Action No. 2:07cv435

ADVANTIS REAL ESTATE
SERVICES COMPANY,

        Defendant.

## *ORDER*

Before the Court are a Motion to Seal an Attachment to and Portions of Defendant's Opposition to Plaintiff's Petition for Fees and Costs, a Motion to Seal Exhibit 1 to and Portions of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Petition for Fees and Costs, and a Motion to Compel Fee Agreement. Since the parties have agreed to have the Court determine the appropriate fees, the Motion to Compel Fee Agreement is **MOOT**. On each Motion to Seal, the Court finds that the parties have stated inadequate justification to seal the record. The mere fact that the parties wish to conceal the amount of the settlement or other financial data is not sufficient reason for the Court to seal the record. Accordingly, each aforementioned Motion to Seal is **DENIED**. Moreover, despite agreement of counsel, it is not permissible to withdraw from the record exhibits or documents which the Court has considered to adjudicate the issues.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel.

**IT IS SO ORDERED.**

                                       /s/
                                Raymond A. Jackson
                                United States District Judge

Norfolk, Virginia
August _, 2008

1